OPINION — AG — ** LEGISLATORS — SCHOOL LAND COMMISSION LOAN — CONFLICT OF INTEREST — CODE OF ETHICS ** UNDER THE AUTHORITY OF 64 O.S. 1971 52 [64-52](G), IF A LEGISLATOR OWNS AN INTEREST IN A BUSINESS AND THE BUSINESS PURCHASES LAND AGAINST WHICH THERE IS AN EXISTING LOAN OWING TO THE SCHOOL LAND COMMISSION, THE LOAN DOES NOT HAVE TO BE RETIRED IMMEDIATELY BECAUSE OF THE LEGISLATOR'S INTEREST IN THE BUSINESS. CITE: 74 O.S. 1971 1409 [74-1409], 74 O.S. 1971 1416 [74-1416] (PAUL C. DUNCAN)